**Exhibit A to the Complaint**

**Location:** Sterling Heights, MI  
**Total Works Infringed:** 25  
**IP Address:** 68.61.180.151  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | E1AC8C593B8D1509C65712542921F901ADC9413E | Blacked | 11/07/2017 23:37:36 | 04/20/2017 | 06/15/2017 | PA0002037578 |
| 2 | 04FD5B9A8A95D8C0810EE1DE07F070A00F411D9A | Blacked | 07/25/2017 05:37:00 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 3 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 09/23/2017 23:28:42 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 4 | 0D72B710324FE82044BA0A219E709B5B9600EFEA | Tushy | 05/18/2017 08:32:01 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 5 | 0F0C7ACAA8569D43F37348FE8BB67EC3DAEA7EAA | Vixen | 06/23/2017 01:01:29 | 06/18/2017 | 07/06/2017 | 15584691891 |
| 6 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 11/07/2017 08:11:13 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 7 | 273BFCCF29D36C22E38FC5B9BE02C677ACBD21DB | Vixen | 07/30/2017 06:26:21 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 8 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 10/05/2017 06:53:00 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 9 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Ra | 11/08/2017 23:43:07 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 10 | 3A00E4904843F7055BB8A15A5A9FA76CB1CE2CBF | Blacked | 07/14/2017 23:29:43 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 11 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Ra | 11/29/2017 02:20:07 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 12 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 11/22/2017 04:01:15 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 13 | 57265592C5C5250306EC4D4BB6CE2E5CAC8E09C5 | Tushy | 11/12/2017 10:10:30 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 14 | 5D6C222C7939BB472D2C17A576870BE41E3BA41A | Blacked Ra | 11/02/2017 19:08:10 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 15 | 84A696B7684A9CB177F3E644DBD6C96C0E746627 | Vixen | 09/03/2017 08:21:21 | 06/23/2017 | 07/06/2017 | 15584691541 |
| 16 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 09/19/2017 04:11:40 | 09/18/2017 | 09/28/2017 | 15894022252 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 9EF241CB87AAB07FD122C25C4B04332DB57D97AE | Blacked | 08/16/2017 21:52:21 | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 18 | A577CA471B6B0200E68B0016523C5EF8A0C7C2E5 | Vixen | 11/02/2017 19:07:11 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 19 | AA8D460E96DC5798F46AE7B213A1BE4BF6AD2918 | Vixen | 12/01/2017 00:54:06 | 11/30/2017 | 12/17/2017 | 16159649437 |
| 20 | B12B67AFC920BEBDB95BAF1C8800D289749BC677 | Blacked | 11/20/2017 01:36:04 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 21 | B2EC2056C7699F25A118F23E36BB74FC7D3B7131 | Vixen | 07/10/2017 00:19:32 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 22 | CF7373B976BF078DBB9CE0871213D8469D84358D | Tushy | 10/05/2017 21:33:52 | 10/03/2017 | 10/10/2017 | 15894022537 |
| 23 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 11/07/2017 08:07:30 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 24 | E9C1DA960780A49DE3A9008C44BBE4AFE347AB7B | Vixen | 11/12/2017 10:08:07 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 25 | EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E | Tushy | 06/22/2017 22:15:01 | 06/20/2017 | 07/06/2017 | 15584063275 |